# EXHIBIT B



2019–2020
Catalog

FRANKLIN & MARSHALL
COLLEGE

**Inquiries for additional information should be forwarded to the following offices:**

| Office | Phone |
|---|---|
| Office of Admission | (717) 358-3951 |
| Office of Alumni Relations & Development | (717) 358-3955 |
| Office of Communications | (717) 358-3981 |
| Office of Student Affairs | (717) 358-4000 |
| Office of Financial Aid | (717) 358-3991 |
| Office of the President | (717) 358-3971 |
| Office of the Provost & Dean of the Faculty | (717) 358-3986 |
| Office of the Registrar | (717) 358-4168 |
| Office of Student Accessibility Services | (717) 358-3989 |

**General information:**

Franklin & Marshall College
P.O. Box 3003
Lancaster, PA 17604-3003
(717) 358-3911

**College website: www.fandm.edu**

**For questions about the admission process**

call: (717) 358-3951      email: admission@fandm.edu

### STATEMENT ON NONDISCRIMINATION

*Franklin & Marshall College is committed to having an inclusive campus community where all members are treated with dignity and respect. As an Equal Opportunity Employer, the College does not discriminate in its hiring or employment practices on the basis of gender/gender-identity, sex, race or ethnicity, color, national origin, religion, age, disability, veteran's status, genetic information, family or marital status, sexual orientation, or any other protected class. The College does not discriminate on the basis of gender, sex, race or ethnicity, color, national origin, religion, age, disability, veteran's status, family or marital status, sexual orientation, or other protected class in administration of its educational policies, admissions policies, scholarship and loan programs, and athletic and other College-administered programs.*

Franklin & Marshall College reserves the right to amend any administrative, academic or disciplinary policy or regulation described in this Catalog, without prior notice to persons who might thereby be affected. Information about expenses, fees and other charges applies to the academic year 2019–2020. All fees and other charges are subject to change. The provisions of the Catalog are not to be regarded as an irrevocable contract between the College and the student or between the College and the parents of the student. Insofar as possible, the information in this book is complete and accurate as of the date of publication.

*Franklin & Marshall College is accredited by the Commission on Higher Education of the Middle States Association of Colleges and Schools.*

# Academic Calendar

## 2019–2020

**Spring Semester**

| | | | |
|---|---|---|---|
| **January** | 19 | Sunday | College Houses & Theme Houses open, 8:30 a.m. |
| **January** | 20 | Monday | Martin Luther King Day (offices open) |
| **January** | 21 | Tuesday | Spring semester classes begin, 8 a.m. |
| **January** | 31 | Friday | Degree conferral date for fall and winter graduates |
| **March** | 13 | Friday | Spring recess begins, 4:30 p.m. |
| **March** | 23 | Monday | Spring recess ends, 8 a.m. |
| **April** | 30 | Thursday | Spring semester classes end, 6:05 p.m. |
| **May** | 1–4 | Friday–Monday | Reading days |
| **May** | 5 | Tuesday | Final examinations begin |
| **May** | 9 | Saturday | Final examinations end |
| **May** | 10 | Sunday | College Houses & Theme Houses close, 11 a.m. |
| **May** | 16 | Saturday | Commencement |

*The College notes that a number of religious holidays occur during the semester.*
*Please consult the College web-based calendar for these dates: http://www.fandm.edu/calendar.*