# EXHIBIT C

**F&M Withdraw Fee Schedule 2019-20**

### Fall 2019

| Mult | Week | Fall 2019 Dates | FT Tuition | Two Courses | One Course | Std Rm Fee | Single Fee | Suite Fee | NCH Apt Fee | 225 Block Plan | 150 Block Plan | 125 Block Plan | 70 Block Plan | 50 Block Plan | 20 Meals/Wk Plan | 14 Meals/Wk Plan | 7 Meals/Wk Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 29,308.00 | 14,650.75 | 7,325.00 | 4,275.00 | 4,638.00 | 4,808.00 | 5,020.00 | 2,950.00 | 2,880.00 | 2,630.00 | 1,845.00 | 1,580.00 | 2,970.00 | 2,950.00 | 1,635.00 |
| 87.5% | 1 | 8/28-9/3 | 25,644.50 | 12,818.75 | 6,409.38 | 3,740.63 | 4,058.25 | 4,207.00 | 4,392.50 | 2,581.25 | 2,520.00 | 2,301.25 | 1,614.38 | 1,382.50 | 2,598.75 | 2,581.25 | 1,430.63 |
| 75.0% | 2 | 9/4-9/10 | 21,981.00 | 10,987.50 | 5,493.75 | 3,206.25 | 3,478.50 | 3,606.00 | 3,765.00 | 2,212.50 | 2,160.00 | 1,972.50 | 1,383.75 | 1,185.00 | 2,227.50 | 2,212.50 | 1,226.25 |
| 62.5% | 3 | 9/11-9/17 | 18,317.50 | 9,156.25 | 4,578.13 | 2,671.88 | 2,898.75 | 3,005.00 | 3,137.50 | 1,843.75 | 1,800.00 | 1,643.75 | 1,153.13 | 987.50 | 1,856.25 | 1,843.75 | 1,021.88 |
| 50.0% | 4 | 9/18-9/24 | 14,654.00 | 7,325.00 | 3,662.50 | 2,137.50 | 2,319.00 | 2,404.00 | 2,510.00 | 1,475.00 | 1,440.00 | 1,315.00 | 922.50 | 790.00 | 1,485.00 | 1,475.00 | 817.50 |
| 37.5% | 5 | 9/25-10/1 | 10,990.50 | 5,493.75 | 2,746.88 | 1,603.13 | 1,739.25 | 1,803.00 | 1,882.50 | 1,106.25 | 1,080.00 | 986.25 | 691.88 | 592.50 | 1,113.75 | 1,106.25 | 613.13 |
| 25.0% | 6 | 10/2-10/8 | 7,327.00 | 3,662.50 | 1,831.25 | 1,068.75 | 1,159.50 | 1,202.00 | 1,255.00 | 737.50 | 720.00 | 657.50 | 461.25 | 395.00 | 742.50 | 737.50 | 408.75 |
| 12.5% | 7 | 10/9-10/15 | 3,663.50 | 1,831.25 | 915.63 | 534.38 | 579.75 | 601.00 | 627.50 | 368.75 | 360.00 | 328.75 | 230.63 | 197.50 | 371.25 | 368.75 | 204.38 |
| 12.5% | 8 | 10/16-10/22 | 3,663.50 | 1,831.25 | 915.63 | 534.38 | 579.75 | 601.00 | 627.50 | 368.75 | 360.00 | 328.75 | 230.63 | 197.50 | 371.25 | 368.75 | 204.38 |
| 0.0% | 9 | ------ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Spring 2020

| Mult | Week | Spring 2020 Dates | FT Tuition | Two Courses | One Course | Std Rm Fee | Single Fee | Suite Fee | NCH Apt Fee | 225 Block Plan | 150 Block Plan | 125 Block Plan | 70 Block Plan | 50 Block Plan | 20 Meals/Wk Plan | 14 Meals/Wk Plan | 7 Meals/Wk Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Fee Amount: | 29,307.00 | 14,650.00 | 7,325.00 | 4,275.00 | 4,637.00 | 4,807.00 | 5,020.00 | 2,950.00 | 2,880.00 | 2,630.00 | 1,845.00 | 1,580.00 | 2,970.00 | 2,950.00 | 1,635.00 |
| 87.5% | 1 | 1/21-1/27 | 25,643.63 | 12,818.75 | 6,409.38 | 3,740.63 | 4,057.38 | 4,206.13 | 4,392.50 | 2,581.25 | 2,520.00 | 2,301.25 | 1,614.38 | 1,382.50 | 2,598.75 | 2,581.25 | 1,430.63 |
| 75.0% | 2 | 1/28-2/3 | 21,980.25 | 10,987.50 | 5,493.75 | 3,206.25 | 3,477.75 | 3,605.25 | 3,765.00 | 2,212.50 | 2,160.00 | 1,972.50 | 1,383.75 | 1,185.00 | 2,227.50 | 2,212.50 | 1,226.25 |
| 62.5% | 3 | 2/4-2/10 | 18,316.88 | 9,156.25 | 4,578.13 | 2,671.88 | 2,898.13 | 3,004.38 | 3,137.50 | 1,843.75 | 1,800.00 | 1,643.75 | 1,153.13 | 987.50 | 1,856.25 | 1,843.75 | 1,021.88 |
| 50.0% | 4 | 2/11-2/17 | 14,653.50 | 7,325.00 | 3,662.50 | 2,137.50 | 2,318.50 | 2,403.50 | 2,510.00 | 1,475.00 | 1,440.00 | 1,315.00 | 922.50 | 790.00 | 1,485.00 | 1,475.00 | 817.50 |
| 37.5% | 5 | 2/18-2/24 | 10,990.13 | 5,493.75 | 2,746.88 | 1,603.13 | 1,738.88 | 1,802.63 | 1,882.50 | 1,106.25 | 1,080.00 | 986.25 | 691.88 | 592.50 | 1,113.75 | 1,106.25 | 613.13 |
| 25.0% | 6 | 2/25-3/2 | 7,326.75 | 3,662.50 | 1,831.25 | 1,068.75 | 1,159.25 | 1,201.75 | 1,255.00 | 737.50 | 720.00 | 657.50 | 461.25 | 395.00 | 742.50 | 737.50 | 408.75 |
| 12.5% | 7 | 3/3-3/9 | 3,663.38 | 1,831.25 | 915.63 | 534.38 | 579.63 | 600.88 | 627.50 | 368.75 | 360.00 | 328.75 | 230.63 | 197.50 | 371.25 | 368.75 | 204.38 |
| 12.5% | 8 | 3/10-3/16 | 3,663.38 | 1,831.25 | 915.63 | 534.38 | 579.63 | 600.88 | 627.50 | 368.75 | 360.00 | 328.75 | 230.63 | 197.50 | 371.25 | 368.75 | 204.38 |
| 0.0% | 9 | ----- | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Please Note:  The withdraw schedule is based on charges (fees) billed, not payments made.**

6/30/2019